# TUSA P.C.
### ATTORNEYS AND COUNSELORS AT LAW
www.tpcnylaw.com

Southold
New York City

**Joseph S. Tusa**
Attorney at Law
joseph.tusapc@gmail.com

January 3, 2022

**BY ECF FILING**

The Honorable James M. Wicks
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  *MacKenzie v. National Grid USA Serv. Co. Inc.*, Case No. 19-cv-1916-JS-JMW

Dear Judge Wicks:

We are counsel for Plaintiff Kristen MacKenzie and the Settlement Class in the related action, *Jenkins v. National Grid USA Serv. Co., Inc.*, 15-cv-1219-JS (the "*Jenkins* Action"). We write on behalf of all parties to provide a status report in response to Your Honor's December 29, 2021 *Order* requesting the same.

As noted in the *Order*, the parties have reached a classwide settlement in the *Jenkins* Action, which Judge Seybert has preliminary approved.  The final approval hearing for the *Jenkins* Action is scheduled for June 10, 2022.  *See Jenkins* Action, Dkt. 736.  If Judge Seybert finally approves the settlement agreement in *Jenkins*, that will also resolve the *MacKenzie* action, by: (1) adding Ms. MacKenzie as an additional named plaintiff in the *Jenkins* Action and (2) dismissing this action (the *MacKenzie* Action).  *See* Jenkins Action, Dkt. 733-1 (Settlement Agreement, ¶¶ 15.01-15.05); J733-1, Ex. B (Proposed Final Approval Order, ¶¶ 15-16).

Accordingly, the parties believe the *MacKenzie* Action should continue to be stayed pending the possible issuance of a final approval order in the *Jenkins* Action.

Respectfully yours,

*Joseph S. Tusa*

Joseph S. Tusa
**TUSA P.C.**



T<small>USA</small> **P.C.**

Honorable James M. Wicks
January 3, 2022
Page 2

Jonathan D. Selbin
Daniel M. Hutchinson
Douglas I. Cuthbertson
John T. Nicolaou
Avery S. Halfon

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

cc:  Defendants' counsel (by ECF)