**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KRISTIN MACKENZIE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NATIONAL GRID USA SERVICE COMPANY, INC.,<br><br>Defendant. | Case No.  19-cv-1916<br><br>Hon. Joanna Seybert, U.S.D.J.<br>Hon. James M. Wicks, U.S.M.J. |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Order and Final Judgment Granting Approval of Class Action Settlement (Dkt. 760) in the related *Jenkins* matter (Civil Case No. 15-cv-1219), Plaintiff Kristin MacKenzie and Defendant National Grid USA Service Company, Inc., by and through representative undersigned counsel, agree to dismissal of this action with prejudice, and without costs to either party.

By: */s/ Douglas I. Cuthbertson*
    Douglas I. Cuthbertson

**LIEFF, CABRASER, HEIMANN**
 **& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel.  (212) 355-9500
Email:  dcuthbertson@lchb.com

*Counsel for Plaintiff*

Date:  July 26, 2022

By:  /s/ Richard H. Brown
    Richard H. Brown

**DAY PITNEY LLP**
Richard H. Brown
605 Third Ave., 31st Floor
New York, NY  10158
Tel. (212) 297-5800
Email:  rbrown@daypitney.com

*Counsel for Defendant*

Date:  July 26, 2022

2437440.3

- 2 -

SO ORDERED on this ___ day of July 2022

_____
Joanna Seybert, U.S.D.J.