UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN MACKENZIE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NATIONAL GRID USA SERVICE COMPANY, INC.,<br><br>Defendant. | Case No.  19-cv-1916<br><br>Hon. Joanna Seybert, U.S.D.J.<br>Hon. James M. Wicks, U.S.M.J. |

FILED
CLERK

7/27/2022 11:29 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Order and Final Judgment Granting Approval of Class Action Settlement (Dkt. 760) in the related *Jenkins* matter (Civil Case No. 15-cv-1219), Plaintiff Kristin MacKenzie and Defendant National Grid USA Service Company, Inc., by and through representative undersigned counsel, agree to dismissal of this action with prejudice, and without costs to either party.

| | |
|---|---|
| By: */s/ Douglas I. Cuthbertson*<br>     Douglas I. Cuthbertson | By: /s/ Richard H. Brown<br>     Richard H. Brown |
| **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Tel.  (212) 355-9500<br>Email:  dcuthbertson@lchb.com | **DAY PITNEY LLP**<br>Richard H. Brown<br>605 Third Ave., 31st Floor<br>New York, NY  10158<br>Tel. (212) 297-5800<br>Email:  rbrown@daypitney.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Date:  July 26, 2022 | Date:  July 26, 2022 |

- 2 -

SO ORDERED on this  27  day of July 2022


  /s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

 The Clerk of the Court is directed to mark this case CLOSED.